**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**33 Constitution Ave NW**
**Washington, DC 20001**

| | |
|---|---|
| **PNC BANK, NATIONAL ASSOCIATION**<br>c/o Butler & Hosch, P.A.<br>    9409 Philadelphia Road<br>    Baltimore, MD 21237<br>                    Plaintiff,<br><br>v.<br>**EULALEE CLARKE, et al.**<br>                    Defendant. | Case No.: 13-cv-01914 |

## MOTION TO RATIFY THE SALE OF REAL PROPERTY
## CONDUCTED ON March 30, 2015

Comes now, PNC Bank, National Association, ("Plaintiff") by and through counsel, Mark H. Wittstadt, Gerard Wm, Wittstadt, Jr., David Chen, Matthew McGovern, and Butler & Hosch, P.A., and moves this Court to ratify the sale conducted on March 30, 2015, pursuant to the Court Order entered on February 27, 2014.

1. Plaintiff brought suit to foreclose upon a Deed of Trust in default under DC ST § 42-816 against the Eulalee Clarke, on October 11, 2013 in District of Columbia Suprior Court Case No. 2013 CA 007123, which was later removed to United States District Court for the District of Columbia, Court Case No. 13-01914.

2. The Court entered an Order and Decree for Sale on February 27, 2014 directing the Trustees to conduct a sale as set out in the Court Order.

3. The Trustees conducted the Sale, filed their Report of the Sale with the Clerk of the Court on April 8, 2015, and served it on all parties as evidenced by attached Exhibit A.

DCFC - Motion to Ratify Accounting and Close Case File
DC-93000086-11
2015-04-09 @ 08:59:23 / JP



4. The Report of Sale reflects an ordinary and proper sale with no evidence that any party directly or indirectly discouraged anyone from bidding in accord with the Court's order. The Auctioneer received bids and sold the property to the highest bidder.

5. The Trustees have entered into a preliminary agreement of sale with Purchaser subject upon ratification by this Court. Parties are prepared to execute the agreement.

Wherefore, in consideration of the preceding, Plaintiff respectfully requests the entry of an order ratifying the sale that was conducted on March 30, 2015.

Respectfully submitted

 /s/  David Chen
Mark Wittstadt, Esq. No. 497735
Gerard Wm. Wittstadt, Jr., Esq. No. 497127
David Chen Esq. No. 1000517
Matthew McGovern, Esq. No 991171
Butler & Hosch, P.A.
9409 Philadelphia Road
Baltimore, Maryland 21237
410-284-9600
dchen@closingsource.net
mmcgovern@closingsource.net
Attorney for Plaintiff

## POINTS AND AUTHORITIES

1. Court Order entered on February 27, 2015
2. The Court's inherent authority.
3. The record contained herein.

## Rule 12-I Certification

I hereby attest that I attempted to gain consent to this motion but the Defendant did not respond.

 /s/  David Chen

**Certificate of Service**

I hereby certify that copies of the foregoing motion have been mailed to the Defendant on April 13, 2015.

Copies to:

Eulalee Clarke
5224 1st Street NW Washington, DC 20011

All Occupants
5224 1st Street NW Washington, DC 20011

Occupant
5224 1st Street NW Washington, DC 20011

Department of Treasury
Internal Revenue Service
500 N Capitol Street NW Washington, DC 20221-0003

Internal Revenue Service
31 Hopkins Paza Room 1150 Baltimore, MD 21201

Hyun Ah and Ramin Mehdizadeh
1831 Vernon Street NW Washington, DC20009

Chase Manhattan Bank USA NA
10790 Rancho Bernardo Rd San Diego, CA 92127-5705

Chase Manhattan Bank USA NA
200 White Clay Cneter Drive Newark, DE 19711-5466

JP Morgan Chase Bank National Association
700 Kansas LN Monroe LA 71203-4774

                                                               /s/  David Chen
                                            David Chen Esq. No. 1000517
                                            Matthew McGovern, Esq. No 991171
                                            Butler & Hosch, P.A.
                                            9409 Philadelphia Road
                                            Baltimore, Maryland 21237
                                            410-284-9600
                                            dchen@closingsource.net
                                            mmcgovern@closingsource.net
                                            Attorney for Plaintiff



**DISTRICT OF COLUMBIA SUPERIOR COURT**
**CIVIL BRANCH**
500 Indiana Avenue, NW
Washington, D.C. 20001

| | |
|---|---|
| **PNC BANK, NATIONAL ASSOCIATION**<br><br>Plaintiff,<br><br>v.<br><br>**EULALEE CLARKE, et al.**<br><br>Defendant. | Case No.: 13-cv-01914 |

### ORDER RATIFYING THE SALE OF REAL PROPERTY CONDUCTED ON March 30, 2015

**UPON CONSIDERATION** of the **MOTION TO RATIFY THE SALE OF REAL PROPERTY CONDUCTED ON March 30, 2015** filed by Plaintiff and no response to the contrary, on, this, _____ day of _____, 2015, the District of Columbia Superior Court ,

**FINDS** the Trustees' conducted the Sale in accordance to the February 27, 2015 Court Order and Decree of Sale;

**FINDING** that the Sale was conducted in an orderly and proper manner with no evidence that any party directly or indirectly discouraged anyone from bidding and all interested parties were served;

**FINDING** that appeal period on this Order shall run Thirty Days (30) from entry of said Order;

DCFC - Motion to Ratify Accounting and Close Case File
DC-93000086-11
2015-04-09 @ 08:59:23 / JP



**ORDERED**, that the Sale conducted on March 30, 2015 is hereby ratified and the Trustee may proceed with the execution of a Trustee's Deed, settlement, and thereafter file a final report with the Court.

_____
Judge


WE ASK FOR THIS:

 /s/  David Chen
Mark Wittstadt, Esq. No. 497735
Gerard Wm. Wittstadt, Jr., Esq. No. 497127
David Chen Esq. No. 1000517
Matthew McGovern, Esq. No 991171
Butler & Hosch, P.A.
9409 Philadelphia Road
Baltimore, Maryland 21237
410-284-9600
dchen@closingsource.net
mmcgovern@closingsource.net
Attorney for Plaintiff


Return to:
Butler & Hosch, P.A.
9409 Philadelphia Road
Baltimore, MD 21237



# Exhibit A

DCFC - Motion to Ratify Accounting and Close Case File
DC-93000086-11
2015-04-09 @ 08:59:23 / JP

13625528